# Court of Appeals
# of the State of Georgia

ATLANTA,___May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1588.  GRADY REDDICK v. PROBUILD COMPANY, LLC.**

After Grady Reddick failed to pay for materials supplied by Probuild Company, LLC, Probuild filed a complaint against Reddick for breach of contract and lien foreclosure.  Upon the trial of this matter, the parties submitted a proposed consent order, which was entered by the trial court on November 6, 2015.  The order required Reddick to pay Probuild a principal amount of $21,000, over a specified period of time, and provided that the action would be dismissed upon completion of the payment plan.  After Reddick failed to make a second payment, Probuild sent Reddick a notice of default, and Reddick responded by filing a motion to vacate the consent order.  After the trial court denied Reddick's motion, he filed this direct appeal.  We, however, lack jurisdiction.

The consent order is not a final order.  It did not provide that the action was dismissed nor did it enter judgment in Probuild's favor pending compliance with the terms of the parties' settlement.  Rather, it expressly stated that Probuild was to file a dismissal with prejudice upon completion of the payment plan.  Because the case remains pending below, the order denying Reddick's motion to vacate is not a final order.  Consequently, Reddick should have followed the interlocutory appeal procedure.  See OCGA § 5-6-34 (b).  Reddick's failure to do so deprives this Court of jurisdiction to consider the appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,___* 05/17/2016 ___
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*